[No. 25770-3-III. Division Three. November 27, 2007.]

*In the Matter of the Marriage of* TODD M. BREITENFELDT, *Respondent,* and TAMMARA BREITENFELDT, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 01-3-00711-7, Lani-Kai Swanhart, J. Pro Tem., entered November 14, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Stephens, J.

[No. 25609-0-III. Division Three. November 29, 2007.]

THE STATE OF WASHINGTON, *Appellant,* v. JOSEPH JESSE RICHARDSON, *Respondent.*

Appeal from a judgment of the Superior Court for Stevens County, No. 06-1-00014-0, Allen Nielson, J., entered September 20, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Schultheis, A.C.J., and Kulik, J.